# UNITED STATES DISTRICT COURT
for the
District of Colorado

In the Matter of the Search of )
*(Briefly describe the property to be searched or identify the person by name and address)* )
) Case No.
**2650 Lawrence Court, Lafayette, CO 80026**, more fully )
described in Attachment A, attached hereto, to include all )
out-buildings and vehicles located thereon and to include )
the person of Matthew B. Goettsche at the time of the )
search warrant execution; )

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the <u>State and District of Colorado</u> *(identify the person or describe the property to be searched and give its location)*:

**SEE "ATTACHMENT A"** attached hereto and incorporated by reference

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

**SEE "ATTACHMENT B"** attached hereto and incorporated by reference

I find that the affidavit(s), or any recorded testimony, establishes probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before <u>December 20, 2019</u> *(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10 p.m.  ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to <u>Scott T. Varholak</u>.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*.  ☐ until, the facts justifying, the later specific date of _____.

*Special Agent Duh attested to this application over the telephone pursuant to Rule 4.1(b)(2)(A) of the Federal Rules of Criminal Procedure.*

Date and time issued: 12/6/2019, 1:50 p.m. _____
Judge's signature

City and state: Denver, Colorado  Scott T. Varholak, U.S. Magistrate Judge
*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: | Date and time warrant executed: 12-10-19 ~ 7:00 AM | Copy of warrant and inventory left with: Left at residence |
| Inventory made in the presence of: Karen Gurgel | | |
| Inventory of the property taken and name of any person(s) seized: See attached | | |

**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
1:41 pm, Jan 07, 2020
**JEFFREY P. COLWELL, CLERK**

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 1-7-2020

_Melinda Wilgus_
Executing officer's signature

Melinda Wilgus, Special Agent
Printed name and title

# Inventory Listing of All Items Seized at Search Warrant Site

| | |
|---|---|
| **Site Name:** 2650 Lawrence Court, Lafayette, CO 80026 | **Investigation Number:** 1000293265 |
| **Starting Date and Time:** 12/10/2019 07:05 AM | **Report Date:** Wednesday, December 11, 2019 |
| **Ending Date and Time:** 12/10/2019 03:30 PM | |

| | | | |
|---|---|---|---|
| **Control #:** | 1 | **Evidence Box:** | 1 |
| **Location:** | KitCHen | **Locator Code:** | G |
| **Found:** | West Wall KitCHen drawer | | |
| **Description:** | Seized per Warrant   DoCs relating to House ConstruCtion | | |

| | | | |
|---|---|---|---|
| **Control #:** | 2 | **Evidence Box:** | 1 |
| **Location:** | KitCHen | **Locator Code:** | G |
| **Found:** | Storage West WAll - Lower Left Cabinet | | |
| **Description:** | Seized per Warrant   Sales ReCords for 8550 Valmont Road Property | | |

| | | | |
|---|---|---|---|
| **Control #:** | 3 | **Evidence Box:** | 2 |
| **Location:** | OffiCe | **Locator Code:** | B |
| **Found:** | BeHind Desk | | |
| **Description:** | Seized per Warrant   LenoVo THinkCentre Desktop Serial No. 1S10M9003EUSMJ05L2WZ | | |

| | | | |
|---|---|---|---|
| **Control #:** | 4 | **Evidence Box:** | 2 |
| **Location:** | OffiCe | **Locator Code:** | B |
| **Found:** | BeHind Desk | | |
| **Description:** | Seized per Warrant   CoolerMaster Desktop Serial No. RC342KKRJ1155200286 | | |

| | | | |
|---|---|---|---|
| **Control #:** | 5 | **Evidence Box:** | 2 |
| **Location:** | OffiCe | **Locator Code:** | B |
| **Found:** | BeHind Desk | | |
| **Description:** | Seized per Warrant   Dell Inspiron Desktop Serial No. 2G21JL2 | | |

| | | | |
|---|---|---|---|
| **Control #:** | 6 | **Evidence Box:** | 2 |
| **Location:** | OffiCe | **Locator Code:** | B |
| **Found:** | Top of Credenza | | |
| **Description:** | Seized per Warrant   Apple Ipad Serial No. DLXM3JZHFCM6 | | |

| Control #: | 7 | | Evidence Box: | 2 |
|---|---|---|---|---|
| Location: | OffiCe | | Locator Code: | B |
| Found: | On Desk | | | |
| Description: | Seized per Warrant | Samsung Phone<br>Model SPH-D710 | | |

| Control #: | 8 | | Evidence Box: | 2 |
|---|---|---|---|---|
| Location: | OffiCe | | Locator Code: | B |
| Found: | On Desk | | | |
| Description: | Seized per Warrant | Apple I-Phone<br>Serial No. F17Q3510G5MK | | |

| Control #: | 9 | | Evidence Box: | 2 |
|---|---|---|---|---|
| Location: | OffiCe | | Locator Code: | B |
| Found: | Top of Credenza | | | |
| Description: | Seized per Warrant | Samsung Phone<br>Serial No. R38GA0791BT | | |

| Control #: | 10 | | Evidence Box: | 2 |
|---|---|---|---|---|
| Location: | OffiCe | | Locator Code: | B |
| Found: | Top of Credenza | | | |
| Description: | Seized per Warrant | Apple I-Pad<br>Model No. A2013<br>Serial No. DMPZM05FKD92A | | |

| Control #: | 11 | | Evidence Box: | 2 |
|---|---|---|---|---|
| Location: | OffiCe | | Locator Code: | B |
| Found: | On Desk | | | |
| Description: | Seized per Warrant | Apple I-Phone 6<br>Serial No. F78NDPYLG5MJ | | |

| Control #: | 12 | | Evidence Box: | 2 |
|---|---|---|---|---|
| Location: | OffiCe Closet | | Locator Code: | B-1 |
| Found: | Lower Shelf Opposite Closet Entry | | | |
| Description: | Seized per Warrant | Dell Alienware M15<br>Serial No. 1Z4NP42 | | |

| Control #: | 13 | | Evidence Box: | 2 |
|---|---|---|---|---|
| Location: | OffiCe Closet | | Locator Code: | B-1 |
| Found: | Lower Shelf Opposite Closet Entry | | | |
| Description: | Seized per Warrant | Apple MacBook Pro<br>Model No. A1278<br>Serial No. D92FFNDNDH2G | | |

| Control #: | 14 | | Evidence Box: | 2 |
|---|---|---|---|---|
| Location: | OffiCe Closet | | Locator Code: | B-1 |
| Found: | Lower Left Shelf | | | |
| Description: | Seized per Warrant | Lenovo Laptop<br>Model P50<br>Serial No. PC-0FHCX9 | | |

| Control #: | 15 | | Evidence Box: | 2 |
|---|---|---|---|---|
| Location: | OffiCe | | Locator Code: | B |
| Found: | Black backpack on chair | | | |
| Description: | Seized per Warrant | Apple MacBook Pro<br>Model A1989<br>Serial No. C02ZJ27SLVDM | | |

| Control #: | 16 | | Evidence Box: | 2 |
|---|---|---|---|---|
| Location: | OffiCe Closet | | Locator Code: | B-1 |
| Found: | Lower Left Shelf | | | |
| Description: | Seized per Warrant | Lenovo Laptop<br>Model No. P50<br>Serial No. PC-0FHCWD | | |

| Control #: | 17 | | Evidence Box: | 2 |
|---|---|---|---|---|
| Location: | OffiCe Closet | | Locator Code: | B-1 |
| Found: | Middle Left Shelf | | | |
| Description: | Seized per Warrant | Apple MacBook<br>Model A1534<br>Serial No. C025D09RGTJ4 | | |

| Control #: | 18 | | Evidence Box: | 2 |
|---|---|---|---|---|
| Location: | OffiCe Closet | | Locator Code: | B-1 |
| Found: | Middle Shelf Opposite Entry | | | |
| Description: | Seized per Warrant | Lenovo Laptop<br>Model No. 80LT<br>Serial No. MP104EVP | | |

| Control #: | 19 | | Evidence Box: | 2 |
|---|---|---|---|---|
| Location: | KitCHen | | Locator Code: | G |
| Found: | Top Drawer Below Breadbox | | | |
| Description: | Seized per Warrant | Apple I-Phone<br>Model A1778<br>FCC ID: BCG-E3091A | | |

| Control #: | 20 | | Evidence Box: | 2 |
|---|---|---|---|---|
| Location: | OffiCe | | Locator Code: | B |
| Found: | On Desk | | | |
| Description: | Seized per Warrant | Black Apple I-Phone XS Max<br>Unknown serial number | | |

| Control #: | 21 | | Evidence Box: | 2 |
|---|---|---|---|---|
| Location: | OffiCe | | Locator Code: | B |
| Found: | On Desk | | | |
| Description: | Seized per Warrant | Black Apple I-Phone<br>Unknown model & serial number | | |

| Control #: | 22 | | Evidence Box: | 2 |
|---|---|---|---|---|
| Location: | OffiCe | | Locator Code: | B |
| Found: | On Desk | | | |
| Description: | Seized per Warrant | Apple I-Phone<br>Model A1778<br>Unknown serial number | | |

| Control #: | 23 | | Evidence Box: | 2 |
|---|---|---|---|---|
| Location: | OffiCe | | Locator Code: | B |
| Found: | Top Left Desk Drawer | | | |
| Description: | Seized per Warrant | Black Housekey shaped thumb drive<br>No identifiers | | |

| Control #: | 24 | | Evidence Box: | 2 |
|---|---|---|---|---|
| Location: | OffiCe | | Locator Code: | B |
| Found: | Top Left Desk Drawer | | | |
| Description: | Seized per Warrant | PNY 128GB Thumbdrive<br>No identifiers | | |

| Control #: | 25 | | Evidence Box: | 2 |
|---|---|---|---|---|
| Location: | OffiCe | | Locator Code: | B |
| Found: | Top Left Desk Drawer | | | |
| Description: | Seized per Warrant | Transcend thumb drive<br>Model No. JF780<br>Serial No. D571762429 | | |

| Control #: | 26 | | Evidence Box: | 2 |
|---|---|---|---|---|
| Location: | OffiCe | | Locator Code: | B |
| Found: | Top Left Desk Drawer | | | |
| Description: | Seized per Warrant | PNY 32GB thumb drive<br>No identifiers | | |

| Control #: | 27 | | Evidence Box: | 2 |
|---|---|---|---|---|
| Location: | OffiCe | | Locator Code: | B-1 |
| Found: | Top Shelf | | | |
| Description: | Seized per Warrant | Bitseed Personal Server Bitcoin Node<br>Serial No. 047 | | |

| Control #:   | 28                                  | Evidence Box:  | 2   |
|---|---|---|---|
| Location:    | OffiCe                              | Locator Code:  | B-1 |
| Found:       | Top Shelf                           |                |     |
| Description: | Seized per Warrant  Raspberry Pi Containing micro-SD card Serial No. BSDXDGCDH74Y13715 | | |

| Control #:   | 29                                  | Evidence Box:  | 2 |
|---|---|---|---|
| Location:    | OffiCe                              | Locator Code:  | B |
| Found:       | Top Right Desk Drawer               |                |   |
| Description: | Seized per Warrant  Blackberry Curve Phone No Serial No. | | |

| Control #:   | 30                                  | Evidence Box:  | 1 |
|---|---|---|---|
| Location:    | OffiCe                              | Locator Code:  | B |
| Found:       | Top Right Desk Drawer               |                |   |
| Description: | Seized per Warrant  Commerzbank letter to Goettsche | | |

| Control #:   | 31                                  | Evidence Box:  | 1 |
|---|---|---|---|
| Location:    | Garage Entry                        | Locator Code:  | K |
| Found:       | Laundry Room drawer across frm dryer |               |   |
| Description: | Seized per Warrant  Greeting card from Maloof re: Penthouse Purchase Duchess of York business card with handwritten numbers | | |

| Control #:   | 32                                  | Evidence Box:  | 3   |
|---|---|---|---|
| Location:    | Safe                                | Locator Code:  | R-1 |
| Found:       | Right Shelf                         |                |     |
| Description: | Seized per Warrant  Gold and silver coins and bars See Excel spreadsheet for detailed inventory | | |

| Control #:   | 33                                  | Evidence Box:  | 4 |
|---|---|---|---|
| Location:    | OffiCe                              | Locator Code:  | B |
| Found:       | Backpack Bottom Pocket              |                |   |
| Description: | Seized per Warrant  Unspecified Amount of Cash | | |

| Control #:   | 34                                  | Evidence Box:  | 4 |
|---|---|---|---|
| Location:    | OffiCe                              | Locator Code:  | B |
| Found:       | Desk                                |                |   |
| Description: | Seized per Warrant  Check #1508880 for $122,659.73 Check #1307912307 for $1,935.00 | | |

| Control #:   | 35                                  | Evidence Box:  | 4 |
|---|---|---|---|
| Location:    | OffiCe                              | Locator Code:  | B |
| Found:       | Backpack                            |                |   |
| Description: | Seized per Warrant  Unspecified amount of Cash | | |

| | | | |
|---|---|---|---|
| **Control #:** | 36 | **Evidence Box:** | 4 |
| **Location:** | OffiCe Closet | **Locator Code:** | B-1 |
| **Found:** | Shelf | | |
| **Description:** | Seized per Warrant | Unspecified amount of cash | |

| | | | |
|---|---|---|---|
| **Control #:** | 37 | **Evidence Box:** | 5 |
| **Location:** | Safe | **Locator Code:** | R-1 |
| **Found:** | Bottom right cabinet | | |
| **Description:** | Seized per Warrant | 1 green box containing 25 coin sleeves of silver bullion | |

| | | | |
|---|---|---|---|
| **Control #:** | 38 | **Evidence Box:** | 4 |
| **Location:** | Safe | **Locator Code:** | R-1 |
| **Found:** | Right Wall | | |
| **Description:** | Seized per Warrant | Collector Currency<br>See Excel spreadsheet for detailed inventory | |

| | | | |
|---|---|---|---|
| **Control #:** | 39 | **Evidence Box:** | 4 |
| **Location:** | Safe | **Locator Code:** | R-1 |
| **Found:** | Left Wall | | |
| **Description:** | Seized per Warrant | Collector's Currency | |

| | | | |
|---|---|---|---|
| **Control #:** | 40 | **Evidence Box:** | 4 |
| **Location:** | Safe | **Locator Code:** | R-1 |
| **Found:** | Right Wall Shelf | | |
| **Description:** | Seized per Warrant | Unspecified amount of cash - US and foreign | |

| | | | |
|---|---|---|---|
| **Control #:** | 41 | **Evidence Box:** | 4 |
| **Location:** | Safe | **Locator Code:** | R-1 |
| **Found:** | Drawer | | |
| **Description:** | Seized per Warrant | Envelope labeled EU/Germany Pins/card/cash<br>Checks, deposit slips in Blockbuzz and matt Goettsche names | |

| | | | |
|---|---|---|---|
| **Control #:** | 42 | **Evidence Box:** | 1 |
| **Location:** | Safe | **Locator Code:** | R-1 |
| **Found:** | Hidden in Space above cabinet | | |
| **Description:** | Seized per Warrant | Nonce Consulting Inc. and bank ledgers | |

| | | | |
|---|---|---|---|
| **Control #:** | 43 | **Evidence Box:** | 1 |
| **Location:** | Safe | **Locator Code:** | R-1 |
| **Found:** | Hidden above cabinet | | |
| **Description:** | Seized per Warrant | Bitclub, block ops, ledgers, keys, articles of incorporation | |

| | | | |
|---|---|---|---|
| Control #: | 44 | Evidence Box: | 1 |
| Location: | OffiCe | Locator Code: | B |
| Found: | 2 center cabinet drawers on desk | | |
| Description: | Seized per Warrant   Multiple credit cards, blank checks, IRS notices | | |

| | | | |
|---|---|---|---|
| Control #: | 45 | Evidence Box: | 1 |
| Location: | OffiCe | Locator Code: | B |
| Found: | Left side of desk | | |
| Description: | Seized per Warrant   Multiple business cards, miscellaneous business inception records, tax returns | | |

| | | | |
|---|---|---|---|
| Control #: | 46 | Evidence Box: | 1 |
| Location: | OffiCe | Locator Code: | B |
| Found: | Desk bottom right drawer | | |
| Description: | Seized per Warrant   Various real estate and personal property documents | | |

| | | | |
|---|---|---|---|
| Control #: | 47 | Evidence Box: | 1 |
| Location: | OffiCe | Locator Code: | B |
| Found: | Desk bottom right drawer | | |
| Description: | Seized per Warrant   Various real estate and personal property documents | | |

| | | | |
|---|---|---|---|
| Control #: | 48 | Evidence Box: | 6 |
| Location: | OffiCe | Locator Code: | B |
| Found: | Left side of desk | | |
| Description: | Seized per Warrant   Misc business incorporation records, misc business records | | |

| | | | |
|---|---|---|---|
| Control #: | 49 | Evidence Box: | 6 |
| Location: | OffiCe | Locator Code: | B |
| Found: | Desk Bureau Cabinet | | |
| Description: | Seized per Warrant   Goettsche Family Trust Portfolio | | |

| | | | |
|---|---|---|---|
| Control #: | 50 | Evidence Box: | 6 |
| Location: | OffiCe | Locator Code: | B |
| Found: | Desk Bureau Drawer | | |
| Description: | Seized per Warrant   Bitlocker Recovery Key Printout | | |

| | | | |
|---|---|---|---|
| Control #: | 51 | Evidence Box: | 6 |
| Location: | OffiCe | Locator Code: | B |
| Found: | Desk Bureau Drawer | | |
| Description: | Seized per Warrant   Business records, financial records, tax records, motor vehicle records, handwritten notes | | |

| Control #: | 52 | | Evidence Box: | 6 |
|---|---|---|---|---|
| Location: | OffiCe | | Locator Code: | B |
| Found: | Desk Bureau Cabinet | | | |
| Description: | Seized per Warrant | Tax documents, corporation records, bank records, handwritten notes | | |

| Control #: | 53 | | Evidence Box: | 2 |
|---|---|---|---|---|
| Location: | OffiCe | | Locator Code: | B |
| Found: | Desk Bureau | | | |
| Description: | Seized per Warrant | Verbatim Micro SD Adapter w/Verbatim 64GB microSD card inside | | |

| Control #: | 54 | | Evidence Box: | 7 |
|---|---|---|---|---|
| Location: | OffiCe | | Locator Code: | B |
| Found: | Desk bureau | | | |
| Description: | Seized per Warrant | Heavenly Belize Book | | |

| Control #: | 55 | | Evidence Box: | 8 |
|---|---|---|---|---|
| Location: | Master Closet | | Locator Code: | V |
| Found: | Display Shelf | | | |
| Description: | Seized per Warrant | Patek Philippe Watch | | |

| Control #: | 56 | | Evidence Box: | 8 |
|---|---|---|---|---|
| Location: | Master Closet | | Locator Code: | V |
| Found: | Display Shelf | | | |
| Description: | Seized per Warrant | Rolex Watch - black face | | |

| Control #: | 57 | | Evidence Box: | 8 |
|---|---|---|---|---|
| Location: | Master Closet | | Locator Code: | V |
| Found: | Display Shelf | | | |
| Description: | Seized per Warrant | IWC Watch - Blue face | | |

| Control #: | 58 | | Evidence Box: | 8 |
|---|---|---|---|---|
| Location: | Master Closet | | Locator Code: | V |
| Found: | Display Shelf | | | |
| Description: | Seized per Warrant | IWC Watch - white face | | |

| Control #: | 59 | | Evidence Box: | 8 |
|---|---|---|---|---|
| Location: | Master Closet | | Locator Code: | V |
| Found: | Display Shelf | | | |
| Description: | Seized per Warrant | Breitling Watch | | |

| Control #: | 60 | | Evidence Box: | 8 |
|---|---|---|---|---|
| Location: | Master Closet | | Locator Code: | V |
| Found: | Display Shelf | | | |
| Description: | Seized per Warrant | Bitcoin Faced Cryptomatic Watch | | |

| Control #: | 61 | Evidence Box: | 8 |
|---|---|---|---|
| Location: | Master Closet | Locator Code: | V |
| Found: | Display Shelf | | |
| Description: | Seized per Warrant | Rolex Watch - Gold face | |

| Control #: | 62 | Evidence Box: | 8 |
|---|---|---|---|
| Location: | Master Closet | Locator Code: | V |
| Found: | Display Shelf | | |
| Description: | Seized per Warrant | Rolex Watch - Brown face | |

| Control #: | 63 | Evidence Box: | 8 |
|---|---|---|---|
| Location: | Master Closet | Locator Code: | V |
| Found: | Display Shelf | | |
| Description: | Seized per Warrant | Franck Muller Geneve Watch - Bitclub Network | |

| Control #: | 64 | Evidence Box: | 4 |
|---|---|---|---|
| Location: | OffiCe | Locator Code: | B |
| Found: | Desk bureau | | |
| Description: | Seized per Warrant | Various collector coins & currency<br>See Excel spreadsheet for detailed inventory | |

| Control #: | 65 | Evidence Box: | 7 |
|---|---|---|---|
| Location: | Master Closet | Locator Code: | V |
| Found: | Top Shelf | | |
| Description: | Seized per Warrant | Aurae Gold Mastercard Wire Instructions | |

| Control #: | 66 | Evidence Box: | 7 |
|---|---|---|---|
| Location: | OffiCe | Locator Code: | B |
| Found: | Bottom left drawer | | |
| Description: | Seized per Warrant | Letter from Matt Goettsche to Danielle<br>***TAINT MATERIAL*** | |

| Control #: | 67 | Evidence Box: | 7 |
|---|---|---|---|
| Location: | OffiCe Closet | Locator Code: | B-1 |
| Found: | Shelf | | |
| Description: | Seized per Warrant | ClubCoin Nanos - Bitclub Network | |

| Control #: | 68 | Evidence Box: | 7 |
|---|---|---|---|
| Location: | OffiCe | Locator Code: | B |
| Found: | Backpack | | |
| Description: | Seized per Warrant | Apricorn Aegis secure key; ledger Nano S together on a cable | |

| Control #: | 69 | Evidence Box: | 7 |
|---|---|---|---|
| Location: | OffiCe | Locator Code: | B |
| Found: | Left Desk Drawer | | |
| Description: | Seized per Warrant | Aegis Secure Key 3.0 | |

| Control #: | 70 | Evidence Box: | 7 |
|---|---|---|---|
| Location: | OffiCe Closet | Locator Code: | B-1 |
| Found: | Shelf | | |
| Description: | Seized per Warrant | Mycelium Entropy bitcoin wallet | |

| Control #: | 71 | Evidence Box: | 7 |
|---|---|---|---|
| Location: | OffiCe | Locator Code: | B |
| Found: | Desk | | |
| Description: | Seized per Warrant | Apricorn Aegis Secure Key; Ledger Nano S; Trezor Model T with "MG" & "WK" scratched on back | |

| Control #: | 72 | Evidence Box: | 7 |
|---|---|---|---|
| Location: | OffiCe Closet | Locator Code: | B-1 |
| Found: | Shelf | | |
| Description: | Seized per Warrant | One Nano S ledger wallet; one unnamed ledger wallet | |

| Control #: | 73 | Evidence Box: | 7 |
|---|---|---|---|
| Location: | OffiCe Closet | Locator Code: | B-1 |
| Found: | Shelf | | |
| Description: | Seized per Warrant | Convention / Conference Tags | |

| Control #: | 74 | Evidence Box: | 7 |
|---|---|---|---|
| Location: | Master Closet | Locator Code: | V |
| Found: | Middle Counter | | |
| Description: | Seized per Warrant | Matt Goettsche Getch Inc American Express business card | |

| Control #: | 75 | Evidence Box: | 7 |
|---|---|---|---|
| Location: | Safe | Locator Code: | R-1 |
| Found: | Top Right Drawer | | |
| Description: | Seized per Warrant | Multiple cold storage wallets and recovery seeds | |

| Control #: | 76 | Evidence Box: | 7 |
|---|---|---|---|
| Location: | OffiCe Closet | Locator Code: | B-1 |
| Found: | Shelf | | |
| Description: | Seized per Warrant | Crypto Currency Recovery Sheets | |